# United States District Court
# For The Western District of North Carolina
# Charlotte Division

SUZANNE B. SMITH,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 3:09CV436

MICHAEL J. ASTRUE,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by MOTIONS and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/8/2010 Order.

                                        Signed: June 9, 2010

*(Signature)*

Frank G. Johns, Clerk
United States District Court